**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| VALERIE D. TERRANOVA,           )<br>                                                            )<br>            Plaintiff,                          )<br>                                                            )<br>v.                                                        )           Case No. CIV-05-775-M<br>                                                            )<br>JO ANNE B. BARNHART, Commissioner, )<br>Social Security Administration,         )<br>                                                            )<br>            Defendant.                      ) | |

## ORDER

On April 28, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation [docket no. 15] in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of Defendant Commissioner of the Social Security Administration's ("Commissioner") final decision denying Plaintiff's application for disability insurance benefits under 42 U.S.C. §§ 416(i) and 423. Magistrate Judge Bacharach recommends that the Commissioner's decision be affirmed. The parties were advised of their right to object to the Report and Recommendation by May 23, 2006. Plaintiff timely filed her objections.

In her objections Plaintiff asserts that the Magistrate Judge did not adequately consider her argument that the Administrative Law Judge ("ALJ") erred "in the evaluation of her medical evidence, her subjective allegations of pain and the subsequent assessment of her credibility regarding those allegations; and, finally, in finding that she has the RFC to return to her past work." Plaintiff's Objections at 1. Having carefully reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's objections, and the administrative record, the Court finds that the Report and Recommendation accurately states the relevant law, fairly represents the facts contained in the administrative record, and correctly analyzes the interconnection between the two. The Court

further finds that the Magistrate Judge adequately considered all of Plaintiff's arguments, and, for the reasons set forth in the Report and Recommendation, that the decision of the Commissioner should be affirmed.

Accordingly, upon *de novo* review, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by Magistrate Judge Bacharach on April 28, 2006;

(2) AFFIRMS the Commissioner's denial of Plaintiff's application for disability income benefits; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

**IT IS SO ORDERED this 31st day of May, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE